ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

ROBERT EDWARD EATON )
    Petitioner )
                     ) C.V.No. 07-281
  v. )
                     )
THOMAS L. CARROLL, WARDEN )
    Respondant

### MOTION FOR APPOINTMENT OF COUNSEL

FILED MAY 22 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

COMES NOW, the petitioner, Robert Eaton, and hereby moves this Court to appoint counsel in the above captioned. In support thereof, petitioner offers the following:

1. Petitioner is incarcerated and indigent;

2. Petitioner has a debilitating disease that prevents him from being capable enough to litigate even the simplest of claims, let alone a complex case such as this.

3. It has been determined by this Court that Eaton is, in fact, incapable of representing himself. <u>Eaton, et al v. Snyder, et al</u>, C.A.No. 01-733 JJF

4. Eaton has submitted his petition application; but has no supporting memorandum, as this is beyond his capabilities due to his medical affliction.

WHEREFORE, petitioner respectfully moves this Court to appoint counsel in the above captioned, and stay the brief schedule until such time that counsel has had time to review the case and meet with petitioner.

_May 16, 2007_                              _Robert Edward Eaton_
DATE                                                     PETITIONER

UNITED STATE DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT EDWARD EATON<br>    Petitioner | )<br>)<br>) |
| v. | ) C.A.No._____<br>) |
| THOMAS L. CARROLL, WARDEN<br>    Respondant | )<br>) |

NOTICE OF MOTION

TO: DEPUTY ATTORNEY GENERAL
    APPEALS DIVSION
    820 N. French St.
    Wilmington, DE  19801


PLEASE TAKE NOTICE, that the attached Motion For Appointment of Counsel has been submitted in the above matter for consideration.


_May 16, 2007_
DATE

_Robert Edward Eaton_
PETITIONER