To: United States District Court
c/o The Clerk
844 N. King Street, Lockbox #18
Wilmington, Delaware, 19801

From: Inmate Robert Eaton SBI# 202059
Delaware Correctional Center
1181 Paddock Road, Unit S1
Smyrna, Delaware, 19977

Date: May 29th 2007

Re: Five Dollar ($5.00) filing fee for Habeas Corpus.
(I.D. NO# C.A 07-281)

Dear Clerk of the court:

    I recently filed a Habeas corpus petition, I've asked the business office here at the prison to forward the court fee (five dollars) from my inmate account to the office of the U.S. district court clerk's office.

I apologize for any delay that I may have caused.

Thank you,
Respectfully
Robert E. Eaton

[FILED JUN -6 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]
BD scanned

I/M Robert E. Eaton
SBI# 202059 UNIT SI
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal-mail

WILMINGTON DE 197
05 JUN 2007 PM 1 L

UNITED STATES DISTRICT COURT
C/O CLERK OF THE COURT
844 N. KING STREET, LOCKBOX #18
WILMINGTON, DELAWARE
19801

To: United States District Court
c/o The Clerk
844 N. King Street, Lockbox #18
Wilmington, Delaware, 19801

From: Inmate: Robert Eaton SBI# 202059
Delaware Correctional Center
1181 Paddock Road, unit S1
Smyrna, Delaware, 19977

Date: May 29th 2007

Re: Five Dollar ($5.00) filing fee for Habeas Corpus.
(I.D. No# C.A 07-281)

Dear Clerk of the Court:

 I recently filed a Habeas corpus petition, I've asked the business office here at the prison to forward the court fee (five dollars) from my inmate account to the office of the U.S. District Court Clerk's office.

I apologize for any delay that I may have caused.

Thank you,
Respectfully
Robert E. Eaton
Robert E. Eaton

FILED
JUN - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

IM Robert E. Eaton
SBI# 202059  UNIT Sl
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal-mail

WILMINGTON DE 197
05 JUN 2007 PM 1 L

UNITED STATES DISTRICT COURT
C/O CLERK OF THE COURT
844 N. KING STREET, LOCKBOX #18
WILMINGTON, DELAWARE
19801