Edward Eaton
DCC, 1181 Paddock Rd.
Smyrna, DE 19977-9679

June 27, 2007

Clerk of the Court
Del.Dist.Ct.
844 KingSt., Lockbox 18
Wilmington, DE 19801        In re: Eaton v. Carroll, C.V.No. 07-281-JJF

Dear Sir or Madam:

  I received an Election Form, dated June 13, 2007, in response to the Petition for Writ of Habeas Corpus I filed in the above matter. Attached to my initial filing is a motion for appointment of counsel, due to my debilitating medical condition. Currently, I must rely on others for assistance.

  It is imperative that the motion for counsel go before the Court before I can return the Election Form, because I cannot litigate my case. Judge Farnan appointed counsel in my medical suit for this very reason. If I return the Election Form, the matter will be ruled on without any briefing, but I cannot brief the case because of my medical condition.

  Can you please put my motion before the Court, so I can get a ruling, or at least a stay, in the matter, before the form is due.

  My medical case is Eaton v. Snyder, C.V.No. 01-733-JJF.
Thank you very much for your attention to this matter.

                                      Respectfully,

                                      Robert Eaton



FILED
JUN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Robert EATON
SBI# 00059 UNIT S1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 JUN 2007 PM 2 T

CLERK OF THE COURT
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
844 NORTH KING ST, Lockbox 18
WILMINGTON, DELAWARE, 19801

LEGAL-MAIL