IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

EDWARD EATON, )
)
      Petitioner, )
)
v. ) Civil Action No. 07-281-JJF
)
THOMAS CARROLL, )
Warden, and JOSEPH R. )
BIDEN, III, Attorney )
General of the State of )
Delaware, )
)
      Respondents. )

**AEDPA ELECTION FORM**



1. _____ I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. ✓ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____ I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

      petition in the future; that is, one
      that raises all the grounds I have for
      federal habeas corpus relief. I realize
      this all-inclusive petition must be filed
      within the one-year period as defined by
      28 U.S.C. § 2244(d). See Swartz v. Meyers,
      204 F.3d 417 (3d Cir. 2000).


4. _____  I am not seeking federal habeas corpus
      relief under § 2254. I am instead seeking
      relief under _____.

        *Robert Edward Eaton*
        Petitioner

\# special note to the court;

motion for appointment of counsel was filed with this honorable court on July 16th, 2007 due to petitioner's health.