# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE.

Robert E. Eaton
    Petitioner,

v.

Thomas Carroll, Warden,
Joseph R. Biden, III, Attorney
General of the state of
Delaware.
    Respondants.

Civil action No.
07-281-JJF



FILED
JUL 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR APPOINTMENT OF COUNSEL (Pro se)

    Comes now the petitioner, Robert Eaton, and respectfully requests this honorable court to consider the following grounds for appointment of counsel to represent him.

1) The petitioner is incarcerated at the Delaware correctional center near Smyrna.

2) The petitioner is indigent and cannot afford Legal counsel to represent him.

3) The petitioner cannot be represented by the Public Defenders office due to conflict of interest issues already established by the trial court.

4) The petitioner was granted appointment of counsel in this United States District Court for case (Eaton v. Snyder et, al., 01-733-JJF) due to health reasons set forth therein.

Therefore, petitioner Eaton prays that this honorable court grant his motion for appointment of counsel for the reasons set forth herein.

Respectfully submitted
*Robert Edward Eaton*
Robert Edward Eaton
SBI# 00202059
Delaware Correctional Center
1181 Paddock Road, Unit S1
Smyrna, Delaware, 19977

This document was placed in the possession of the D.O.C. mailroom on July 16, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

Robert E. Eaton
    Petitioner,

v.

Thomas CARROLL, WARDEN,
Joseph R. Biden, III, Attorney
General of the state of
Delaware.
    Respondants.

Civil Action No.
07-281-JJF

## NOTICE OF ATTACHED MOTION (Pro se)

Please be advised that the attached motion for Appointment of counsel has been filed in the United States District Court and thus will be heard on such date determined and scheduled by said court.

Thank you.

Respectfully submitted
*Robert Edward Eaton*
Robert Edward Eaton
Delaware Correctional Center
1181 Paddock Road, unit 51
Smyrna, Delaware, 19977

July 16, 2007

# Certificate of Service

I, Robert E. Eaton, hereby certify that I have served a true And correct cop(ies) of the attached: Notice/motion for appointment of counsel upon the following parties/person (s):

TO: Joseph J. Farnan, Jr.
Judge of the court
United States District Court
844 North King St. Lockbox 18
Wilmington, DE, 19801

TO: Clerk of the court
United States District court
844 North King St. Lockbox 18
Wilmington, Delaware
19801

TO: Joseph R. Biden, III
Attorney General of Delaware
Carvel state office Bldg,
820 North French street
Wilmington, DE, 19801

TO: Thomas Carroll,
office of the warden
Delaware Correctional center
1181 Paddock Road
Smyrna, Delaware 19977

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 16 day of July, 2007

Robert Edward Eaton

Robert EATON, SBI#00202059
Delaware Correctional Center
1181 Paddock Road, unit S1
Smyrna, Delaware, 19977





UNITED STATES DISTRICT COURT
  DISTRICT OF DELAWARE.
C/O OFFICE OF THE CLERK
844 NORTH KING STREET, LOCKBOX #18
WILMINGTON, DELAWARE, 19801

LEGAL-MAIL