To        CLERK
          UNITED STATES DISTRICT COURT.
          DISTRICT OF DELAWARE
          844 NORTH KING STREET,, LOCKbox #18
          Wilmington, DELAWARE. 19801


FROM      MR. Robert Eaton
          DELAWARE CORRECTIONAL CENTER
          1181 Paddock Road, unit 51
          Smyrna, Delaware, 19977

Date      July 23, 2007

Re        Receipt of DOCUMENTS. CA. No. 07-281-JJF


Dear CLERK OF COURT

                    On monday July 16, 2007
I returned the ELECTION FORM, with a motion
for appointment of counsel through the D.O.C
mail process, I wrote out a pay-to/check to
cover the cost of postage. The problem now is
that there is no proof I sent it. It seems the
building Sargeant has lost several days of records
from the office log book.
                    I need your office to

confirm receipt of the Election form and motion for appointment of counsel. If your office is not in posession of those documents I need to petsue an investigation because a court ordered deadline did apply.

Thank you for your understanding and patience.

Respectfully

Robert E. Eaton

IM Robert Eaton

SBI# 00-202057 UNIT 51

DELAWARE CORRECTIONAL CENT'''''

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal-Mail

WILMINGTON DE 197

23 JUL 2007 PM 2 L

USA First-Class

CLERK OF THE COURT

U.S. District Court, District of Delaware

844 North King Street, Lockbox 18

Wilmington, Delaware

19801