OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 8, 2007

TO:  Robert Edward Eaton
     SBI #202059
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     **RE:  Acknowledgment of Receipt of Documents; 07-281(JJF)**

Dear Mr. Eaton:

     A letter has been received by the Clerk's Office requesting acknowledgment of receipt of various documents.  This office received your documents on 7/18/07. This can be referenced on the docket sheet enclosed as a courtesy.

     Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK


cc:  The Honorable Joseph J. Farnan, Jr.
enc: Docket Sheet