IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT E. EATON, | : |
| Petitioner, | : |
| v. | : Civ. No. 07-281-JJF |
| THOMAS L. CARROLL, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | : |
| Respondents. | : |

**O R D E R**

At Wilmington this _30_ day of August, 2007;

IT IS ORDERED that:

For the same reasons set forth in the Court's Order dated July 23, 2007 (D.I. 9.), Petitioner Robert E. Eaton's Motion For The Appointment Of Counsel is **DENIED** without prejudice to renew. (D.I. 8.)

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE