To    HONORABLE JUDGE JOSEPH J. FARNAN, JR.
        UNITED STATES DISTRICT COURT
        DISTRICT OF DELAWARE
        844 KING STREET, LOCKBOX 18
        WILMINGTON, DELAWARE, 19801

FROM  MR. ROBERT E. EATON
        SBI#00202059
        Delaware correctional center
        1181 Paddock Road
        Smyrna, Delaware, 19977

Date  SEPTEMBER 5, 2007

**FILED SEP -7 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**
BD scanned

Re  Habeas corpus  Eaton v. CARROLL, C.A. NO. 07-281 (JJF)

Honorable Judge Farnan:

      I clearly felt that this communication was absolutely necessary. I recently filed a habeas corpus petition claiming ineffective assistance of counsel. I also filed a motion for appointment of counsel which was denied.

      I believe my failure

to adequately explain the complex issues involved may have contributed to the court's decision. If I may, I would like to try and explain the matter.

1) On or about January 19, 1998 I was being represented by Sandra Dean, assistant public defender.

2) On or about January 19, 1998 I shared in the strictest of confidentiality with counselor Dean that I was a witness to a unsolved crime. (For Plea Negotiation Purposes)

3) By or about February 15, 1998 the very same information I shared with counsel Dean in confidence was in the media from one end of Delaware to the other and quite possibly neiboring states.

4) Immediately my trust and confidence in counselor Dean was eroded and her loyalty to me was indeed in question.

5) The scope of the situation goes way beyond the actual question of wether or not counselor Dean actually breached the

attorney/client relationship.

6) The defendant/client now had to endure a hardship that no person should have to question of his attorney prior to trial.

7) There is no question that the client was under great duress by constantly asking himself over and over in his mind can I trust, can I trust her and so on.

Therefore, I respectfully ask this honorable court to take any and all appropriate action in this matter.

Thank you.

Respectfully submitted
*Robert Edward Eaton*
Robert Edward EATON

I/M Robert Eaton
SBI# 00202057 UNIT S1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL-MAIL

Honorable Joseph J. Farnan, Jr.,
UNITED STATES DISTRICT COURT (DELAWARE)
844 KING STREET, Lockbox 18
WILMINGTON, DELAWARE
19801