D.I. #_____

# CIVIL ACTION NUMBER: 07-281

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

