D.I. #_____

# CIVIL ACTION
# NUMBER: 07-281

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



FILED
OCT - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE