## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT EDWARD EATON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-281-JJF |
| | : | |
| **ELIZABETH BURRIS,** Acting Warden, | : | |
| and **JOSEPH R. BIDEN, III,** Attorney | : | |
| General of the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## ORDER

This __19__ day of __November__ , 2007,

WHEREAS, respondents having requested an extension of time in which to file an answer,

and

WHEREAS, it appearing to the Court that the requested extension is timely made and good

cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before December

21, 2007.

United States District Judge