IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBERT EDWARD EATON,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 07-281-JJF |
| | : | |
| **ELIZABETH BURRIS**, Acting Warden, | : | |
| and **JOSEPH R. BIDEN, III**, Attorney | : | |
| General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

### NOTICE OF FILING OF STATE COURT RECORDS

1.  Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a.  Appellant's Opening Brief & Appendix (No. 300, 1999)

    b.  State's Answering Brief & Appendix (No. 300, 1999)

    c.  Order (No. 300, 1999) (April 28, 2000)

    d.  Notice of Appeal (No. 427, 2002)

    e.  Motion to Withdraw Appeal (No. 427, 2002).

2.  Certified copies of the Kent County Superior Court Criminal Docket and the defense counsel's Rule 61 affidavit have been made and will be filed as soon as received:

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

December 21, 2007

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 21, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on December 21, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

  Robert Edward Eaton
  No. 202059
  Delaware Correctional Center
  1181 Paddock Road
  Smyrna, DE 19977

            /s/ Elizabeth R. McFarlan
            Deputy Attorney General
            Department of Justice
            820 N. French Street
            Wilmington, DE 19801
            (302) 577-8500
            Del. Bar. ID No. 3759
            elizabeth.mcfarlan@state.de.us