IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT EDWARD EATON,** | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 07-281-JJF |
| | : |
| **ELIZABETH BURRIS**, Acting Warden, and **JOSEPH R. BIDEN, III**, Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**NOTICE OF FILING OF STATE COURT RECORDS**

Notice is hereby given that certified copies of the Kent County Superior Court Criminal Docket in ID No. 9710000083 and the defense counsel's Rule 61 affidavit have been manually filed with the Court and are available in paper form only.

                    /s/ Elizabeth R. McFarlan
                    Deputy Attorney General (Del. Bar. ID #. 3759)
                    Department of Justice
                    820 N. French Street
                    Wilmington, DE 19801
                    (302) 577-8500
January 7, 2008           elizabeth.mcfarlan@state.de.us

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on January 7, 2008, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Robert Edward Eaton
    No. 202059
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us