IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE.

Robert Edward Eaton
    Petitioner,

v.

Mr. Phelps, Warden,
And Joseph R. Biden, III
Attorney General of the
State of Delaware
    Respondants.

Civ. Act. No. 07-281-JJF



FILED
JAN 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR APPOINTMENT OF COUNSEL

Honorable Judge Farnan:

    Please accept this letter as a request for appointment of counsel in the above mentioned case.
    I started Interferon injections two (2) weeks ago and the side effects are severe.

Thank you for your consideration.

Robert E. Eaton
Delaware Correctional Center
Smyrna, Delaware. 19977

I/M Robert Eaton
SBI# 202059  UNIT C-CR8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
17 JAN 2008 PM 2 T

U.S.M. X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

Legal mail