IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT EDWARD EATON, | : |
|       Petitioner, | : |
| v. | :   Civ. Act. No. 07-281-JJF |
| PERRY PHELPS, Warden, and JOSEPH R. BIDEN, III, Attorney General of the State of Delaware, | : |
|       Respondents. | : |

### O R D E R

At Wilmington, this 30 day of July, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Robert Edward Eaton's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1.) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                              /s/ Joseph J. Farnan, Jr.
                                    UNITED STATES DISTRICT JUDGE