# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Civil Action No. 07cv281JJF

## RETURN OF SERVICE BY MAIL

The party listed on the *Return Receipt Card* below was served by registered mail, return receipt requested on the dated indicated on the card:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X C/o Hoof  ☐ Agent ☑ Addressee<br>B. Received by (Printed Name) D. HOOFNAGLE   C. Date of Delivery ?-1<br>D. Is delivery address different from item 1? ☐ Yes  ☑ No |
| 1. Article Addressed to:<br><br>WARDEN PERRY PHELPS<br>JAMES T. VAUGHN CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977<br><br>07cv281JJF | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0002 3324 6715 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |